IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| RONALD JASON MANN, <br> # 254475, | ) <br> ) <br> ) | |
| Plaintiff, | ) <br> ) | |
| v. | ) <br> ) | CASE NO. 2:19-CV-332-WKW <br> [WO] |
| SHERIFF BILL FRANKLIN, <br> DEPUTY SHERIFF ELLER, <br> INVESTIGATOR WILSON, and <br> LT. JONES, | ) <br> ) <br> ) <br> ) <br> ) | |
| Defendants. | ) | |

## ORDER

On February 3, 2021, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 36.) Upon an independent review of the record, it is ORDERED that the Recommendation is ADOPTED and that this action is DISMISSED with prejudice.

Final judgment will be entered separately.

DONE this 22nd day of February, 2021.

                                                /s/ W. Keith Watkins
                                      UNITED STATES DISTRICT JUDGE